UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| EZELL A. STARKS-BEY, | ) |
| | ) |
| Plaintiff. | ) |
| | ) |
| vs. | )   1:86-CV-0928-JPG-DFH |
| | ) |
| BUREAU OF PRISON AND ITS | ) |
| OFFICER ERIC WHITE, | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

The Court, having this day filed its Findings of Fact and Conclusions of Law in the above matter in the following words and figures:

H. I.

now, therefore,

IT IS CONSIDERED AND ADJUDGED that Plaintiff take nothing by his amended complaint and this action is hereby dismissed with prejudice.

IT IS SO ORDERED this 16th day of February, 2007.

_____
JOHN P. GODICH, MAGISTRATE JUDGE
United States District Court
Southern District of Indiana

Copies to:

**Gerald A. Coraz**
UNITED STATES ATTORNEY'S OFFICE
gerald.coraz@usdoj.gov,jennifer.rivera2@usdoj.gov

**Adam Mathew Dulik**
BRATTAIN & MINNIX
adam.dulik@gmail.com

**Thomas E. Kieper**
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov,lin.montigney@usdoj.gov